No. 75-269. NATIONAL LABOR RELATIONS BOARD *v.* DECATURVILLE SPORTSWEAR CO., INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 75-271. PACKAGING INDUSTRIES, INC. *v.* DIE-MATIC MANUFACTURING CORP. C. A. 2d Cir. Certiorari denied.

No. 75-275. ADKINS ET AL. *v.* ADICKES ET AL. Sup. Ct. S. C. Certiorari denied.

No. 75-289. SCHULZ *v.* CRESS ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75-291. KLEIN *v.* ROBINSON ET AL. Sup. Ct. N. J. Certiorari denied.

No. 75-293. IRRIGATION & POWER EQUIPMENT, INC., ET AL. *v.* SIMS CONSOLIDATED, LTD. C. A. 10th Cir. Certiorari denied.

No. 75-296. BERBERIAN *v.* RHODE ISLAND BAR ASSN. Sup. Ct. R. I. Certiorari denied.

No. 75-297. STEBBINS *v.* CROCKER-CITIZENS NATIONAL BANK. C. A. 9th Cir. Certiorari denied.

No. 75-298. NIX *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 75-329. KAUFMAN *v.* DUMPSON, ADMINISTRATOR, HUMAN RESOURCES ADMINISTRATION OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.